**Order entered May 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00856-CV

### IN THE INTEREST OF C.S.B AND R.D.B, CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15158**

## ORDER

We **GRANT** the May 19, 2015 motion of Micaela Ynostrosa, Certified Shorthand Reporter, for an extension of time to file a supplemental reporter's record containing the exhibits. The supplemental reporter's record shall be filed by **JUNE 22, 2015**.

Appellant's brief will be due thirty days after the supplemental reporter's record is filed. *See* TEX. R. APP. P. 38.6(b).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Ms. Ynostrosa, Joie Rivera, Official Court Reporter for the 255th Judicial District Court, and all counsel of record.

/s/    ELIZABETH LANG-MIERS
          JUSTICE